Thomas M. Grasso
**CASEY & BARNETT, LLP**
25 Prospect Street
Morristown, NJ 07960
(973) 993-5161
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
PAGANINI FOODS, LLC,

        Plaintiff,

   - against -

A & A FUMBAH TRUCKING, INC.,

        Defendant.
-----------------------------------------------------------X

10 Civ. 5444 (NLH)(JS)

**REQUEST FOR CLERK'S
ENTRY OF DEFAULT**

    Plaintiff, Paganini Foods, LLC, by its attorneys Casey & Barnett, LLP, respectfully requests, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that the Clerk of the Court enter the default of defendant, A & A Fumbah Trucking, Inc., (attached hereto as Exhibit 1) having been duly served with the Summons and Complaint in this action (the affidavit of service is attached hereto as Exhibit 2) and failed to answer or otherwise plead.

Dated: Morristown, New Jersey
       February 8, 2011
       215-32

                                            CASEY & BARNETT, LLP
                                            Attorneys for Plaintiff

                                    By: _____
                                            Thomas M. Grasso
                                            25 Prospect Street
                                            Morristown, NJ 07960
                                            (973) 993-5161