Thomas M. Grasso
**CASEY & BARNETT, LLP**
25 Prospect Street
Morristown, NJ 07960
(973) 993-5161
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------X
PAGANINI FOODS, LLC,

        Plaintiff,

   - against -

A & A FUMBAH TRUCKING, INC.,

        Defendant.
------------------------------------------------------X

10 Civ. 5444 (NLH)(JS)

**PROPOSED ENTRY OF
DEFAULT**

     I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that this action commenced on October 21, 2010, with the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on Dora McKinney, who accepted service on behalf of defendant, A & A Fumbah Trucking, Inc., by personal service pursuant to Fed. R. Civ. P. 4(h)(1)(B).

     Defendant, A & A Fumbah Trucking, Inc., was personally served on December 20, 2010. The affidavit of service for defendant, A & A Fumbah Trucking, Inc., was filed via ECF on February 8, 2011.

I further certify that the docket entries indicate that defendant, A & A Fumbah Trucking, Inc., has not filed an Answer or otherwise moved with respect to the Complaint herein.  The default of the defendant is hereby noted.

Dated: Newark, New Jersey
      February 8, 2011
      215-32

                                      **WILLIAM T. WALSH**
                                      Clerk of the Court

By:     _____
            Deputy Clerk