```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PAGANINI FOODS, LLC | : |
| Plaintiff, | : No. 10-5444(NLH) |
| v. | : ORDER |
| A & A FUMBAH TRUCKING, INC., | : |
| Defendant. | : |

**APPEARANCES:**
MARTIN F. CASEY
THOMAS M. GRASSO
CASEY & BARNETT LLC
25 PROSPECT STREET
MORRISTOWN, NJ 07960
*On behalf of plaintiffs*

**HILLMAN**, District Judge

   In accordance with this Court's Opinion entered today, this  _23rd_  day of January 2012, it is hereby,

   **ORDERED** that plaintiff's motion for default judgment [6] is **GRANTED**.

   The Clerk of Court is directed to close this file.


                              s/Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J


At Camden, New Jersey